**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JEFFREY JAMES ABATE | Case No. 09-12368TPA |
| STACY ANN ABATE | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| US DEPARTMENT OF HUD(*) | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

THE TRUSTEE'S CHECK HAS BEEN RETURNED WITH A NOTATION REQUESTING THAT WE NOT PAY THE CURRENT SERVICER, ACCOUNT NUMBER NOT IDENTIFIED, NOT PAYABLE TO US DEPARTMENT OF HUD. THE TRUSTEE BELIEVES ACCOUNT MAY HAVE BEEN SERVICE RELEASED.

| | |
|---|---|
| US DEPARTMENT OF HUD(*) | Court claim# 4/Trustee CID# 6 |
| C/O DEVAL LLC** | |
| 1255 CORPORATE DR - STE 300 | |
| IRVING, TX 75038 | |

The Movant further certifies that on 12/15/2014 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>JEFFREY JAMES ABATE, STACY ANN ABATE, 5134 LA RAE DRIVE, ERIE, PA 16506 | DEBTOR'S COUNSEL:<br>MICHAEL S JAN JANIN ESQ, QUINN BUSECK LEEMHUIS ET AL, 2222 W GRANDVIEW, ERIE, PA  16506-4508 |
|---|---|
| ORIGINAL CREDITOR:<br>US DEPARTMENT OF HUD(*), C/O DEVAL LLC**, 1255 CORPORATE DR - STE 300, IRVING, TX  75038 | :<br>NOVAD, 2401 NW 23RD ST STE 1A1, OKLAHOMA CITY, OK  73107 |
| NEW CREDITOR: | |