SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:    1. Intake Clerk *

2. Case Administrator

FROM:    Financial Administrator

DATE: 1/15/2015

CASE NAME: Abate

CASE NUMBER: 09-12368-TPA

Check Number 923238 in the amount of $ 4,780.27 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 9296        Intake Clerk's Initials  MF

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F